IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KAREN ARKADIE, | § | |
| | § | |
| *Plaintiff,* | § | SA-19-CV-01101-FB |
| | § | |
| vs. | § | |
| | § | |
| C R BARD INCORPORATED, BARD | § | |
| PERIPHERAL VASCULAR | § | |
| INCORPORATED, | § | |
| | § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court in the above-styled cause of action is the parties' Joint Motion to Stay Discovery and All Pretrial Deadlines [#13]. By their motion, the parties ask the Court to temporarily stay discovery and all pretrial deadlines and continue the Initial Pretrial Conference scheduled in this case for 90 days while the parties pursue settlement discussions. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Stay Discovery and All Pretrial Deadlines [#13] is **GRANTED**.

**IT IS FURTHER ORDERED** that discovery and all pretrial deadlines are **STAYED until February 10, 2019**. On or before that date, the parties are ORDRED to (1) FILE dismissal documents, or (2) FILE a joint advisory informing the Court regarding any outstanding issues that require disposition by the Court.

**IT IS FINALLY ORDERED** that the Initial Pretrial Conference scheduled for January 16, 2019 at 11:00 a.m. is **CANCELED**.

**IT IS SO ORDERED.**

SIGNED this 13th day of November, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE